UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGNATH KHARAT,

Plaintiff,

-against-

NETFLIX, INC.; ALFONSO CUARÓN; ESPERANTO-FILMOJ,

Defendants.

26-CV-8623 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action asserting claims for copyright infringement against Defendants Netflix, Inc., Alfonso Cuarón, and Esperanto-Filmoj. Plaintiff alleges that in Defendants 2018 feature film, "*Roma,*" they infringed upon his original copyrighted work—a 2016 short film titled, "*Day After Day*." The Court dismisses the complaint without prejudice for the following reasons.

Plaintiff submitted to this court a few days earlier a substantially similar complaint against the same Defendants alleging the same set of facts. That action is pending under docket number 26-CV-8397 (LTS).[1] This complaint raises the same claims already raised in that pending action, and Plaintiff cannot litigate this duplicate lawsuit.[2] Therefore, the Court dismisses this duplicate action, 26-CV-8623 (LTS), without prejudice to Plaintiff's earlier filed action, 26-CV-8397 (LTS).

[1] Plaintiff has not yet paid the filing fees or submitted an *in forma pauperis* application for his earlier filed action, which cannot proceed until he does so.

[2] If necessary, Plaintiff can file an amended complaint in his earlier filed action, 26-CV-8397 (LTS), to the extent permitted under Rule 15 of the Federal Rules of Civil Procedure.

## CONCLUSION

This action, 26-CV-8623 (LTS), is dismissed without prejudice as duplicative of Plaintiff's pending action, 26-CV-8397 (LTS).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated: October 1, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge